Christopher C. Burke (ISB No. 2098)
*cburke@greenerlaw.com*
Slade D. Sokol (ISB No. 8684)
*ssokol@greenerlaw.com*
GREENER BURKE SHOEMAKER OBERRECHT P.A.
950 W. Bannock Street, Suite 950
Boise, Idaho 83702-6102
Telephone (208) 319-2600
Facsimile  (208) 319-2601

Attorneys for Defendant Insure It All LLC
d/b/a ISU – Insure It All LLC

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD. a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>MADISON WOMEN'S CLINIC PLLC, an Idaho limited liability company; and INSURE IT ALL LLC d/b/a ISU – INSURE IT ALL LLC, an Idaho limited liability company,<br><br>Defendants. | Case No.:  4:13-cv-00323-EJL<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |
| MADISON WOMEN'S CLINIC PLLC, an Idaho limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>SENTINEL INSURANCE COMPANY, LTD. a Connecticut corporation,<br><br>Counterdefendant. | |

RECEIVED
NOV 10 2014
GREENER BURKE
SHOEMAKER OBERRECHT

The parties, by and through their respective attorneys of record, hereby stipulate that they have reached a compromise and settlement of all claims between them, and that Plaintiff's Complaint against Defendants, and Counterclaimant Madison Women's Clinic's counterclaims against Plaintiff, and each and every claim and cause of action asserted in these pleadings, may be dismissed with prejudice, the parties to bear their own costs and attorney fees.

DATED this 12th day of October Nov, 2014.	GREENER BURKE SHOEMAKER OBERRECHT P.A.

_____
Christopher C. Burke
Attorneys for Defendant Insure It All LLC
d/b/a ISU – Insure It All LLC

DATED this 7th day of October, 2014.	PEDERSEN AND WHITEHEAD

_____
Jarom A. Whitehead
Attorneys for Defendant Madison Women's Clinic PLLC

DATED this ____ day of October, 2014.	DUKE SCANLAN & HALL, PLLC

_____
Keely E. Duke
Kevin A. Griffiths
Attorneys for Plaintiff Sentinel Insurance Company, Ltd.

RECEIVED
NOV 12 2014
GREENER BURKE
SHOEMAKER OBERRECHT

The parties, by and through their respective attorneys of record, hereby stipulate that they have reached a compromise and settlement of all claims between them, and that Plaintiff's Complaint against Defendants, and Counterclaimant Madison Women's Clinic's counterclaims against Plaintiff, and each and every claim and cause of action asserted in these pleadings, may be dismissed with prejudice, the parties to bear their own costs and attorney fees.

DATED this ____ day of November, 2014.   GREENER BURKE SHOEMAKER OBERRECHT P.A.

_____
Christopher C. Burke
Attorneys for Defendant Insure It All LLC
d/b/a ISU – Insure It All LLC

DATED this ____ day of November, 2014.   PEDERSEN AND WHITEHEAD

_____
Jarom A. Whitehead
Attorneys for Defendant Madison Women's Clinic PLLC

DATED this __11__ day of November, 2014.   DUKE SCANLAN & HALL, PLLC

_____
Keely E. Duke
Kevin A. Griffiths
Attorneys for Plaintiff Sentinel Insurance Company, Ltd.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of Nov., 2014, I electronically filed the foregoing **Stipulation for Dismissal with Prejudice** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Keely E. Duke
Kevin A. Griffiths
DUKE SCANLAN & HALL, PLLC
1087 W. River Street, Suite 300
P. O. Box 7387
Boise, Idaho  83707
*Attorney for Plaintiff*

Jarom A. Whitehead
PEDERSEN AND WHITEHEAD
161 5th Avenue South, Suite 301
P.O. Box 2349
Twin Falls, Idaho  83303-2349
*Attorney for Madison Women's Clinic*

_____
Christopher C. Burke
Slade D. Sokol