# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD. a Connecticut corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MADISON WOMEN'S CLINIC PLLC, an Idaho limited liability company; and INSURE IT ALL LLC d/b/a ISU – INSURE IT ALL LLC, an Idaho limited liability company,<br><br>　　　　　　　Defendants.<br><br>MADISON WOMEN'S CLINIC PLLC, an Idaho limited liability company,<br><br>　　　　　　　Counterclaimant,<br><br>v.<br><br>SENTINEL INSURANCE COMPANY, LTD. a Connecticut corporation,<br><br>　　　　　　　Counterdefendant. | Case No.:  4:13-cv-00323-EJL<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

　　　The parties, through their respective counsel, having stipulated to a dismissal with prejudice of Plaintiff's claims against Defendants, and Counterclaimant Madison Women's Clinic's counterclaims against Plaintiff, and good cause appearing therefor,

　　　NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Complaint against Defendants, and Counterclaimant Madison Women's Clinic's counterclaims

against Plaintiff, and each and every claim and cause of action asserted in these pleadings, are dismissed with prejudice, the parties to bear their own costs and attorney fees.

SO ORDERED.

DATED: November 13, 2014

_____
Edward J. Lodge
United States District Judge